ARBONA HERMANOS, DEMANDANTES Y APELADOS, *v.* H. C. CHRISTIANSON & CO., DEMANDADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de Ponce en procedimientos de apertura de rebeldía en pleito sobre rescisión y daños y perjuicios.

No. 1525.—Resuelto en marzo 16, 1917.

Resuelto por los fundamentos de la opinión en el caso No. 1524, *Aparicio Hermanos* v. *H. C. Christianson & Co.,* pág. 1.

Abogados de los apelantes: *Sres. R. Martínez Nadal y Oscar B. Frazer.*

Abogado de los apelados: *Sr. José Tous Soto.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.